No. 5,244.—C. H. WILLIAMS ET AL., PLAINTIFFS AND RE-
SPONDENTS, *v.* ROCK CREEK DITCH & MINING CO.
ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Powell County; Geo. B. Winston, Judge.*

Decided December 19, 1922.

PER CURIAM.—The motion of respondents asking for dismissal of the appeal in the above-entitled cause for failure of appellants to file transcript within the time allowed by law is granted and the appeal is accordingly dismissed.

*Mr. John G. Brown, Mr. S. P. Wilson* and *Messrs. Paul & Scharnikow,* for Respondents.

———

No. 5,255.—STATE EX REL. RAYMOND DOUGLAS, RE-
LATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for Writ of Prohibition directed to the District Court of Flathead County and C. W. Pomeroy, Judge thereof.

Decided December 30, 1922.

PER CURIAM.—Relator's application for writ of prohibition is, after due consideration by the court, denied.

*Mr. J. E. Erickson,* for Relator.